

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**OFFICE OF THE CLERK**

**LLOYD D. GEORGE U.S. COURTHOUSE**
**333 LAS VEGAS BOULEVARD SOUTH**
**LAS VEGAS, NEVADA 89101**
**(702) 464-5400**

DEBRA K. KEMPI
CLERK OF COURT

CYNTHIA K. JENSEN
CHIEF DEPUTY

December 3, 2021

District of Arizona

Re:   Transfer of Probation/Supervised Release
Case Name:  USA v. Haig
Your Case Number:  CR-21-50210-PHX-GMS
Our Case Number:  2:18-cr-00256-JCM-VCF-1

Dear Clerk,

    Please find enclosed the Order Transferring Jurisdiction (Probation 22 form) transferring the above-named probationer or supervised releasee to your district.  All proceedings in this case may be accessed via PACER and our website at https://ecf.nvd.uscourts.gov.

Debra K. Kempi, Clerk

By:  /s/ Jeff Callo
     Deputy Clerk
     U.S. District Court
     District of Nevada, Las Vegas

Date Received: _____

Received by: _____